# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>        Plaintiff,<br><br>    v.<br><br>AUDREY KING, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00822-DAD-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION<br><br>(ECF No. 7) |

       Plaintiff Darren Vincent Ford ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

       On June 22, 2017, Plaintiff filed the instant motion for clarification regarding a Notice of Electronic Filing dated June 16, 2017 in this action. Plaintiff has circled the "Docket Text" portion of the notice, which reads, "PRISONER NEW CASE DOCUMENTS and ORDER RE CONSENT ISSUED; Consent or Decline due by 7/20/2017 (Nguyen, K)." Plaintiff has handwritten next to the entry, "Will you please tell me what this means? Or is it only for selection of judge?" Plaintiff has also handwritten at the bottom, "You know, this is the fifth time they have changed the civil suit case number on Kings case and address. Why so many? I've never moved." (ECF No. 7.)

///

///

1

Plaintiff's request for clarification is GRANTED. Plaintiff is directed to Local Rule 135(a), which states in relevant part:

> "Notice of Electronic Filing" is a notice automatically generated by CM/ECF at the time a document is filed with the system. . . . This Notice will set forth the time of filing, the name of the parties and attorney(s) filing the document, the type of document, the text of the docket entry, [and] the name of the parties and/or attorney(s) receiving the notice . . .

Plaintiff is informed that the Prisoner New Case Documents and Order re Consent are issued by the Clerk of the Court to plaintiffs when new prisoner actions are filed and assigned to a magistrate judge.

With respect to the case number of this action, Plaintiff is directed to Appendix A of the Local Rules, which state in relevant part:

> Upon the filing of the initial complaint or other document first filed in a civil action, the Clerk shall assign a case number which shall be consecutive and prefixed by a the [sic] number "1:" denoting Fresno or "2:" denoting Sacramento, a filing year (the last two digits of the year in which the action is filed), followed by a "-cv-" and the next available case number available. Example: 1:05-cv-00205.
>
> . . . .
>
> Thereafter the Clerk shall proceed by assigning the initials of the assigned Judge and Magistrate Judge, immediately after the case number placed on the document . . . e.g., "1:05-cr-00200-ABC" or "2:05-cv-0700-ABC-DEF."

Plaintiff is informed that the case number in this action was most recently changed due to the assignment of District Judge Dale A. Drozd to this action. The new case number is 1:17-cv-00822-DAD-BAM (PC).

IT IS SO ORDERED.

Dated: **June 30, 2017**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE