1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                        EASTERN DISTRICT OF CALIFORNIA

8

9   DARREN VINCENT FORD,                    Case No.  1:17-cv-00822-DAD-BAM (PC)

10                  Plaintiff,               ORDER DENYING PLAINTIFF'S MOTION
                                             TO SCHEDULE JURY TRIAL AND
11         v.                                MANDATORY SETTLEMENT
                                             CONFERENCE
12   KING, et al.,
                                             (ECF No. 42)
13                  Defendants.

14

15         Plaintiff Darren Vincent Ford ("Plaintiff") is a state prisoner proceeding *pro se* and *in*

16  *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed a first

17  amended complaint on October 26, 2018.  (ECF No. 34.)  The first amended complaint has not

18  yet been screened.

19         Currently before the Court is Plaintiff's motion to set this case for a jury trial, as well as

20  schedule a mandatory telephonic settlement conference between the Court, Plaintiff, and

21  Defendant, filed January 10, 2019.  (ECF No. 42.)

22         Plaintiff's requests to set this matter for trial and to set this matter for a settlement

23  conference, are premature.  As the Court has repeatedly informed Plaintiff in other orders, the

24  Court is required to screen complaints brought by prisoners seeking relief against a governmental

25  entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  Plaintiff's first

26  amended complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if

27  it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a

28  defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C.

§ 1915(e)(2)(B)(ii).  As the Court has not yet screened Plaintiff's first amended complaint to determine whether it may proceed on any cognizable claims, and no defendant has yet been served, this action is not ready to set for trial or a settlement conference.  Plaintiff's first amended complaint will be screened in due course.

Accordingly, Plaintiff's motion to set a trial date and to schedule a settlement conference, (ECF No. 42), is DENIED.

IT IS SO ORDERED.

Dated:   **January 14, 2019**              /s/ *Barbara A. McAuliffe*       _
                                          UNITED STATES MAGISTRATE JUDGE